UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANA STANFEL                                                              PLAINTIFF

V.                          NO. 3:17-CV-225-BD

SOCIAL SECURITY ADMINISTRATION                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 30th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE